UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE A. GALLEGOS CERNA,

Defendant.

Case No. 6:22-PO-00152-HBK

ORDER CONTINUING INITIAL APPEARANCE

On April 7, 2026, the Court granted Defendant an extension of time to pay the bailable fines for Violation Nos. E1166858 ($380) and E1166857 ($280) and continued Defendant's initial appearance to November 17, 2026, at 1:00 p.m. (Doc. 10). On October 3, 2026, Defendant paid $400. (Doc. 11). The Court deems Violation No. E1166858 paid in full and a $20 credit toward Violation No. E1166857, leaving a remaining balance of $260.

Due to a conflict in the Court's schedule, the initial appearance is rescheduled.

Accordingly, IT IS ORDERED:

1. Defendant's initial appearance currently scheduled for November 17, 2026, at 1:00 p.m. is continued to November 24, 2026, at 1:00 p.m.
2. Defendant must personally appear on November 24, 2026, at 1:00 p.m., unless the remaining balance for Violation No. E1166857 is paid in full no later than November 20, 2026.

3. If the $260 remaining balance is paid in full no later than November 20, 2026, Defendant's personal appearance on November 24, 2026, is excused and the case will be closed.

4. The Clerk shall provide a copy of this Order to Plaintiff via email, if available, and to his mailing address of record.

IT IS SO ORDERED.

Dated: October 21, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE